# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 4:16-CR-00311 |
|---|---|---|
| | : | |
| v. | : | |
| | : | (Judge Brann) |
| DAMONTRAY TAYLOR, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of March 2018, the Court having received the Defendant's February 9, 2018 Request for Transcripts, ECF No. 60, and it appearing pursuant to 28 U.S.C. § 753(f), that the Defendant has not shown that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal, *see Eckman v. Lancaster City*, 515 F. App'x 93, 94 (3d Cir. 2013) (per curiam) ("An indigent [litigant] is not entitled to a transcript at government expense without a showing of the need, merely to comb the record in the hope of discovering some flaw."), **IT IS HEREBY ORDERED** that:

1. Defendant's Request for Transcripts, ECF No. 60, is **DENIED**.

2. To the extent that the Defendant wishes to purchase transcripts of any hearings in the above-captioned criminal matter, he may contact the official court reporter at the following address to arrange appropriate payment:

Lori A. Fausnaught, RPR, RMR, CRR
United States District Court
Middle District of Pennsylvania
240 West Third Street, Box 446
Williamsport, PA  17701

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge